**No. 47847.**—Protests 10367–K, etc., of Anco Import Corp. (New York).

Opinion by OLIVER, P. J.    Following Abstract 47109 and in view of stipulation entered into between counsel wherein the Government conceded that the items here in question are not composed in any part of synthetic resin or ivory, that they do not imitate pearls, and that they are not imitation pearl beads, they were found to be beads composed wholly or in chief value of glass and are in imitation of precious or semiprecious stones.    The claim at 45 percent under paragraph 1503 was therefore sustained.

**No. 47848.**—Protests 22679–K, etc., of Schering Corporation et al. (New York).

Opinion by COLE, J.    In accordance with stipulation of counsel that the merchandise in question is the same in all material respects as that passed upon in *Schering Corporation* v. *United States* (8 Cust. Ct. 261, C. D. 618) the claim at 12 cents per pound under paragraph 701 was sustained.

**No. 47849.**—Protest 16860–K of Ciba Co. (New York).

Opinion by COLE, J.    In accordance with stipulation of counsel that the "Silvatol I" contains 29 percent of materials provided for in said section 701, "Sapamine KWC pat." 53 percent, and "Albatex POC pat." 41 percent, the said merchandise was held taxable at 3 cents per pound to the extent that the weight by quantity of the taxable material bears to the total weight of each of the imported products.    The protest was sustained to that extent.

BEFORE THE SECOND DIVISION, DECEMBER 30, 1942

**No. 47850.**—Protest 899000–G of W. R. Zanes & Co. (Galveston).

Opinion by TILSON, J.    In accordance with stipulation of counsel that the hay-bale ties in question are similar to those in *Wilbur Ellis Co.* v. *United States* (9 Cust. Ct. 120, C. D. 673) the claim for free entry was sustained.